IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00206-WDM-BNB

RAYMOND ANTHONY LEWIS,

    Plaintiff,

v.

SERGEANT R. A. REIGENBORN, Adams County Sheriff's Office, Colorado,
DEPUTY KONDOS, Adams County Sheriff's Office, Colorado,
SERGEANT AL MILLER, Adams County Sheriff's Office, Colorado,
DEPUTY SISKA, Adams County Sheriff's Office, Colorado, and
MELANIE GREGORY, Technical Services Manager for ACDF, in their individual and
    official capacities,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 5/19/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00206-WDM-BNB

Raymond Anthony Lewis
Prisoner No. 05-12725
Adams County Det. Facility
150 North 19th Ave.
Brighton, CO 80601

US Marshal Service
Service Clerk
Service forms for: R.A. Reigenborn, Deputy Kondos,
Deputy Siska, Al Miller, and Melanie Gregory


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on R.A. Reigenborn, Deputy Kondos, Deputy Siska, Al Miller, and Melanie Gregory: AMENDED COMPLAINT FILED 4/20/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/23/06.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk