IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00206-WDM-BNB

RAYMOND ANTHONY LEWIS,

    Plaintiff,

v.

SERGEANT R.A. REIGENBORN, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the June 22, 2006 Show Cause Order. A review of the file shows that plaintiff has not responded to the Show Cause Order and the mail was returned marked: 'Return to Sender–Addressee No Longer at this Address."

    Accordingly, this case is dismissed without prejudice for failure to prosecute.

    DATED at Denver, Colorado, on July 25, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL